IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02792-BNB

ARNIE PORTER,

    Applicant,

v.

DEBORAH DANHAM, Warden,

    Respondent.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED October 29, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                          S/    Gordon P. Gallagher

                                          GORDON P. GALLAGHER
                                          United States Magistrate Judge